BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  5:15-MJ-00035 JLT |
| Plaintiff, | ORDER TO DISMISS THE COMPLAINT |
| v. | |
| DARA SEUN | |
| Defendant. | |

IT IS HEREBY ORDERED that the Complaint against DARA SEUN, be dismissed in the interest of justice and that the arrest warrant issued in this matter RECALLED.

IT IS SO ORDERED.

Dated:  __July 21, 2015__          _____/s/ Gary S. Austin_____
                                                    UNITED STATES MAGISTRATE JUDGE

1